IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| McARTHUR LYNCH, JR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:20cv375-MHT |
| | ) | (WO) |
| AMY NEWSOME, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging the constitutionality of his criminal convictions, complaining of the conditions of confinement when he was in a county jail awaiting trial in 2012, and complaining of the actions of various individuals connected to the criminal process leading to his convictions.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of July, 2020.

                               /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**