```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


McARTHUR LYNCH, JR.,         )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        3:20cv375-MHT
                             )            (WO)
AMY NEWSOME, et al.,         )
                             )
     Defendants.             )
```

                            JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

(2) Plaintiff's claims challenging actions which occurred and conditions to which he was subjected at the Randolph County Jail in 2012 and any claim regarding an incident with defendant Chris May in 1997 are dismissed with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as these

claims are barred by the applicable statute of limitations.

(3) Plaintiff's claims against defendant Amy Newsome for actions which occurred during state criminal proceedings before the Circuit Court of Randolph County, Alabama are dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

(4) Plaintiff's claims against defendants Mary Craig and Gregory M. Varner for legal representation provided during state criminal proceedings before the Circuit Court of Randolph County, Alabama and the Alabama Court Criminal Appeals, respectively, are dismissed with prejudice as directed by 28 U.S.C. § 1915(e)(2)(B)(i).

(5) Plaintiff's claims for damages from witnesses at his trial for the provision of alleged false testimony are dismissed with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii)

and (iii) as this claim entitles him to no relief under § 1983.

(6) Plaintiff's claims which go to the fundamental legality of the convictions and sentences imposed upon him in November of 2012 by the Circuit Court of Randolph County, Alabama are dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) as such claims provide no basis for relief in the instant cause of action.

(7) To the extent plaintiff raised any claims under state law, the court declines to exercise jurisdiction over those claims, and they are dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 8th day of July, 2020.**

                                                 /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**